# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**JUAN JESUS MONTALVO,**

      **Plaintiff,**

**v.**                             **No. CIV-14-493 LAM**

**CAROLYN W. COLVIN, Acting**
**Commissioner of the Social Security**
**Administration,**

      **Defendant.**

### ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)

**THIS MATTER** is before the Court on Plaintiff's ***Opposed Motion for Attorney Fees Pursuant to the Equal Access to Justice Act, with Memorandum in Support*** *(Doc. 26)*, filed November 5, 2015. Defendant filed a response to the motion on November 18, 2015 indicating therein that the parties have stipulated to attorney fees in the amount of **$7,000.00** and costs in the amount of **$400.00**. [*Doc. 27*]. Therefore, the Court **FINDS** that Plaintiff's motion shall be **GRANTED in part**.

**IT IS THEREFORE ORDERED** that Plaintiff's motion is **GRANTED in part**, and that Plaintiff is authorized to receive **$7,000.00** in attorney fees and **$400.00** in costs for payment to his attorney for services before this Court, as permitted by the Equal Access to Justice Act, 28 U.S.C. § 2412, and in accordance with *Manning v. Astrue*, 510 F.3d 1246, 1255 (10th Cir. 2007).

**IT IS FURTHER ORDERED** that, if Plaintiff's counsel is ultimately granted attorney fees pursuant to 42 U.S.C. § 406(b) of the Social Security Act, Plaintiff's attorney shall refund

the smaller award to Plaintiff pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 596 n.4 (2010) (explaining that, if a claimant's counsel is ultimately granted attorney fees under § 406(b) out of the claimant's benefit award, the claimant's attorney must refund to the claimant the amount of the smaller fee).

   **IT IS SO ORDERED.**


**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**



Submitted By:  ***(Prior to modification by the Court)***

/s/Michael D. Armstrong
Michael D. Armstrong
Attorney for Plaintiff
220 Adams St. SE, Suite B,
Albuquerque, NM 87108
Bus. (505) 890-9056 Fax. (505) 266-5860

Email Approval on 12/09/15
Lars Nelson
Assistant Regional Counsel
Social Security Administration, Region VIII
Office of the General Counsel
1961 Stout St., Ste. 4169
Denver, CO 80294-4003
Phone: (303) 844-7192
Facsimile: (303) 844-0770
Lars.Nelson@ssa.gov